Molly C. Brown
DILLON & FINDLEY, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK  99501
Phone:  907-277-5400
Fax:  907-277-9896
Email:  molly@dillonfindley.com

Attorneys for Defendants Ed Mercer,
   James Esbenshade & City and Borough of Juneau

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KEVIN STEPHENS, individually and as personal representative of the ESTATE OF KELLY MICHAEL STEPHENS; VIRGINIA STEPHENS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> ED MERCER, in his personal and official capacity as Chief of Police; JAMES ESBENSHADE, an individual; CITY AND BOROUGH OF JUNEAU, a Municipality; and DOES 1 through 10, inclusive, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Case No. 1:20-cv-00004-JWS |

## **ENTRY OF APPEARANCE**

Molly C. Brown, of the law firm of Dillon & Findley, P.C., hereby enters an appearance on behalf of defendants Ed Mercer, James Esbenshade, and City and Borough of Juneau in the above-captioned case. All future pleadings and documents should be served on the undersigned at 1049 W. 5th Avenue, Suite 100, Anchorage, AK  99501.

ENTRY OF APPEARANCE
*Kevin Stephens, et al. v. Ed Mercer, et al.*
Case No. 1:20-cv-00004-JWS
Page 1 of 2

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
TEL. (907) 277-5400 · FAX (907) 277-9896

DATED this 22nd day of September 2020, at Anchorage, Alaska.

          DILLON & FINDLEY, P.C.
          Attorneys for Defendants Ed Mercer, James
            Esbenshade & City and Borough of Juneau

By: /s/Molly C. Brown
     Molly C. Brown, ABA No. 0506057
     1049 W. 5th Avenue, Suite 100
     Anchorage, Alaska 99501
     Phone: 907-277-5400
     Fax: 907-277-9896
     Email: molly@dillonfindley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2020 a copy of the foregoing Entry of Appearance was served electronically through the CM/ECF system on Ben Crittenden, John Sweeney, Steven Glickman and Louis James Menendez.

/s/Molly C. Brown

ENTRY OF APPEARANCE
*Kevin Stephens, et al. v. Ed Mercer, et al.*
Case No. 1:20-cv-00004-JWS
Page 2 of 2